UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 6:22-cv-2192-WWB-RMN

DENNIS SCOTT, CHAD DRIGGERS,
DOUGLAS WILLIS, and
GEORGE ROWLAND,

Plaintiffs,                                                                **NOTICE OF APPEAL**

v.

CITY OF DAYTONA BEACH, FLA.,

Defendant.
_____/

    CITY OF DAYTONA BEACH, FLA., Defendant in the above action, appeals to the United States Court of Appeals for the Eleventh Circuit from the order granting Plaintiffs' Second Motion for Preliminary Injunction (Doc. 39), entered on August 29, 2023.

    /s/ Michael H. Kahn
Michael H. Kahn, Esquire
Florida Bar No.: 0241921
MICHAEL KAHN, P.A.
482 N. Harbor City Blvd.
Melbourne, FL 32935
(321) 242-2564
**Lead Counsel for Defendants**
**The City of Daytona Beach, Florida**
Michael@michaelkahnpa.com
Roma@michaelkahnpa.com
Assistant@michaelkahnpa.com

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and served on this 21st day of, 2023 by using the court's CM/ECF system

                                           /s/ Michael H. Kahn
                                           Michael H. Kahn, Esquire
                                           Florida Bar No.: 0241921