UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS SCOTT, CHAD DRIGGERS,
DOUGLAS WILLIS, and
GEORGE ROWLAND,

        Case No.: 6:22-cv-2192-WWB-RMN

Plaintiffs,

v.

CITY OF DAYTONA BEACH, FLA.,

Defendant.
_____/

## STIPULATED TIME SENSITIVE MOTION FOR PROTECTIVE ORDER

Plaintiffs Dennis Scott, Chad Driggers, Douglas Willis, and George Rowland, and Defendant City of Daytona Beach request this Court enter a Protective Order to protect the confidential material contained in the responses to Plaintiffs' First Request for Production and the answers to Plaintiffs' First Set of Interrogatories. As grounds therefore, the Parties state the following:

1. On March 14, 2023, the Plaintiffs served Requests for Production of Documents on the Defendant as well as Plaintiff's First Set of Interrogatories.

2. In its requests Plaintiffs asked for, among other things, police reports, field interview reports, traffic accident reports, and other similar documents in the possession of the Daytona Beach Police Department.

3. The Daytona Beach Police Department maintains the requested records in a database that is part of the FBI's Criminal Justice Information Services (CJIS) program.

4. Title 28, Chapter 1, Part 20 of the Code of Federal Regulations covers the implementation of the CJIS program. Specifically, § 20.20 states that the regulations apply to "all State and local agencies … collecting, storing, or disseminating criminal history record information" where that activity has been funded in whole or in part by the Law Enforcement Assistance Administration.

5. §20.21(b) provides that agencies participating in CJIS must insure that certain data may be disseminated only to specified recipients. One of the categories agencies are authorized to disseminate data to is "Individuals and agencies for any purpose authorized by … court rule, decision, or order."

6. To facilitate the production of the documents requested by Plaintiffs without violating the federal regulations, the Parties have agreed to the entry of a protective order. The Parties have prepared a proposed Protective Order and request leave to file it with the Court.

**WHEREFORE**, the Parties respectfully request that this Court grant their Stipulated Motion and sign the proposed Protective Order and consider the motion in a time sensitive manner.

## MEMORANDUM OF LAW

A district court has broad discretion when managing its cases' pretrial activities. *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001). "… we accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling. *See, e.g., Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir.1997) ("district courts enjoy broad discretion in deciding how best to manage the cases before them"); *U.S. v. McCutcheon*, 86 F.3d 187, 190 (noting

the "broad discretion which is allowed a trial court to manage its own docket")." The Defendant retained a data expert to extract the entirety of the data which the Defendant claimed was unsearchable for the documents requested by the Plaintiffs and which were reflected, as well, in interrogatories propounded by the Plaintiffs. The certification necessary to allow the data expert to extract and redact information was finally obtained on October 6, 2023. Within days of the certification being granted to the Defendant, the project was completed. Pursuant to the provisions of the Criminal Justice Information Services, in this instance, entry of a court order is necessary to permit the dissemination of any data to the Plaintiffs. The foregoing facts constitute good cause for the entry of a protective order.

Dated: October 13, 2023

Respectfully submitted,

/s/ Michael Kahn
Michael H. Kahn, Esq.
Florida Bar No.: 0241921
MICHAEL KAHN, P.A.
482 N. Harbor City Blvd.
Melbourne, FL 32935
(321) 242-2564
*Lead Counsel for Defendant*
Michael@michaelkahnpa.com
Roma@michaelkahnpa.com
Assistant@michaelkahnpa.com

/s/ Daniel Marshall
Chelsea Dunn, Fla. Bar No. 1013541
LEAD COUNSEL
Jodi Siegel, Fla. Bar No. 511617
Daniel Marshall, Fla. Bar No. 617210
SOUTHERN LEGAL COUNSEL, INC.
1229 NW 12th Avenue
Gainesville, FL 32601-4113
(352) 271-8890
Chelsea.Dunn@southernlegal.org
Jodi.Siegel@southernlegal.org
Dan.Marshall@southernlegal.org

Sabarish P. Neelakanta,
Fla. Bar No. 26623
6615 W. Boynton Beach Blvd.
Suite 401
Boynton Beach, FL 33437
(561) 350-0369
Sab@spnlawfirm.com

ATTORNEYS FOR PLAINTIFFS