UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS SCOTT, CHAD DRIGGERS,
DOUGLAS WILLIS and GEORGE
ROWLAND,

           Plaintiffs,

v.                                          Case No.: 6:22-cv-2192-WWB-RMN

CITY OF DAYTONA BEACH FLORIDA,

           Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Entry of Judgment (Doc. 164). Therein, the parties request entry of a final judgment as to damages pursuant to Federal Rule of Civil Procedure 58. In addition, the parties stipulate that Defendant shall reserve its right to pursue its appeal of the Court's Order granting Plaintiffs' Motion for Partial Summary Judgment. (Doc. 151 at 17, Doc. 160 at 1). The parties also stipulate that Defendant may reserve its right to appeal entry of final judgment. *See Downey v. State Farm Fire & Cas. Co.*, 266 F.3d 675, 683 (7th Cir. 2001) ("Almost every circuit that has considered the issue has held that an express reservation of the right to appeal avoids waiver of contested issues that had been resolved earlier in the litigation." (citing *Shores v. Sklar*, 885 F.2d 760, 764 (11th Cir. 1989)). Finally, the parties ask the Court to enter a separate judgment pursuant to Rule 58(a), setting forth all relief granted to Plaintiffs. (Doc. 164 at 2–3).

Attached to the Joint Motion is the parties Conditional Settlement Agreement (Doc. 164-1), wherein Defendant agrees to pay to Plaintiffs $80,000 in monetary damages, not

inclusive of attorney's fees and costs. (*Id.* at 2). The agreement further provides that Plaintiffs shall not seek to execute on any monetary judgment in this matter until all appeals are concluded or the time to appeal has expired and that they will waive the filing of a supersedeas bond. (*Id.* at 4). The Court has reviewed the Conditional Settlement Agreement and finds that its terms are reasonable.

Accordingly, for the reasons set forth in the Joint Motion and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion for Entry of Judgment (Doc. 164) is **GRANTED**. The Court retains jurisdiction to resolve the issue of entitlement to attorney's fees and costs and to enforce the terms of the parties' Conditional Settlement Agreement (Doc. 164-1).

2. The Clerk is directed to enter judgment in favor of Plaintiffs, and against Defendant, on each of their claims as alleged in the Amended Complaint (Doc. 35), providing that Plaintiffs are entitled to monetary damages in the amount of $80,000.00, in addition to interest accruing from the date of entry of this judgment as provided by 28 U.S.C. § 1961.

3. Plaintiffs shall not seek to execute on this judgment until all appeals in this matter are concluded or the time to appeal has expired.

4. Plaintiffs shall file their Motion for Attorney's Fees and Costs within thirty days of issuance of a mandate from the Eleventh Circuit resolving this case's appeal or the expiration of the time to appeal. Failure to timely file may result in the denial of fees and costs without further notice.

5. The bench trial scheduled to begin on September 16, 2024, is **CANCELED**.

6. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on September 6, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record